JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MITCHELL,<br><br>            Petitioner,<br><br>            v.<br><br>STATE OF CALIFORNIA,<br><br>            Respondent. | Case No. CV 11-4082-RGK (OP)<br><br>J U D G M E N T |

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: May 31, 2011

_____
HONORABLE R. GARY KLAUSNER
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge